MARCH 1, 1971

No. 1038. LISKER v. KELLEY, SECRETARY OF THE COMMONWEALTH, ET AL. Affirmed on appeal from D. C. M. D. Pa. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN dissent. MR. JUSTICE BLACK is of the opinion that the case should be dismissed as moot.

No. 1071. BOAT TRANSIT, INC., ET AL. v. UNITED STATES ET AL. Affirmed on appeal from D. C. E. D. Mich. MR. JUSTICE HARLAN and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 1080. FAIR ET AL. v. KIRK, GOVERNOR OF FLORIDA, ET AL. Affirmed on appeal from D. C. N. D. Fla.

No. 929. MORSE v. HINDMAN ET AL. Appeal from Sup. Ct. Kan. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 994. BURTON ET AL. v. AMERICAN NATIONAL BANK & TRUST CO., TRUSTEE, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.